LUIRANCE and Others *v.* LUIRANCE.

PRACTICE.—*Special Finding.*—Where the issues of fact in a cause are tried by the court, and it states the facts in writing and the conclusions of law thereon, by request, under section 341 of the code, the questions of law involved are saved for review by the Supreme Court by excepting to the conclusions of law stated, and not by making a motion for a new trial.

APPEAL from the Miami Common Pleas.

ELLIOTT, J.—The issues of fact presented by the pleadings in this case were tried by the court, and at the request of the parties the court found the facts specially in writing, and stated the conclusions of law thereon, under section 341 of the code (2 G. & H. 207).

No exception was taken to the conclusions of law stated by the court; but the appellants moved for a new trial, for

the reason " that the court erred in its finding and applica-
tions of the law to the facts. as found by the court." The·
section of the code referred to provides, that " upon trials
of questions of fact by the court, it shall not be· necessary
for the court to state its finding, except generally for the
plaintiff or defendant, unless one of the parties request it,
with the view of excepting to the decision of the court upon·
the questions of law involved in the trial, in which case the
court shall first state the facts in writing, and then the con-
clusions of the law upon them, and judgment shall be en--
tered accordingly." The proper mode of saving the ques--
tion in such cases is by a simple exception to the conclu--
sions of law stated by the court, and not by a motion for a·
new trial. *Addleman* v. *Erwin*, 6 Ind. 494; *Smith* v. *Jeffries*,.
25 Ind. 376; *The City of Logansport* v. *Wright, id.* 512; *Pe-
den's Adm'r* v. *King*, 30 Ind. 181.

The question is not, therefore, properly before us, and' we·
cannot consider it.

The judgment is affirmed, with costs.

*E. T. Dickey* and *J. M. Brown*, for appellants.

*J. L. Farrar, N. O. Ross*, and *R. P. Effinger*, for appellee.